[No. 43927-1-II. Division Two. August 5, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL S. NORRIS, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 06-1-01550-9, John P. Wulle, J., entered September 4, 2012. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Bjorgen, J., concurred in by Johanson, C.J., and Lee, J.

[No. 44192-6-II. Division Two. August 5, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. BILLIE JO CROSS, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 12-1-00523-9, M. Karlynn Haberly, J., entered November 9, 2012. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Bjorgen, A.C.J., and Lee, J.

[Nos. 44350-3-II; 44494-1-II. Division Two. August 5, 2014.]

*In the Matter of the Estate of* WILLIAM P. BREMER.

Appeals from a judgment of the Superior Court for Pierce County, No. 12-2-14006-1, John R. Hickman, J., entered November 30, 2012. *Affirmed* by unpublished opinion per Melnick, J., concurred in by Johanson, C.J. and Worswick, J.

[No. 44389-9-II. Division Two. August 5, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. ADRIAN JUAN TOMAS, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 12-1-00317-3, Toni A. Sheldon, J., entered December 31, 2012. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Hunt, J., concurred in by Maxa and Lee, JJ.